*Peter Toumbekis*
*Attorney at Law*
*281 Beaver Dam Road*
*Brookhaven, NY 11719*

(917) 325-3574								Fax: (929) 403-0220

October 16, 2025

United States Courthouse
Hon. Loretta A. Preska
500 Pearl Street
New York, NY 10007-1312

**RE:   U.S. v. Jose Alvarez**
        **25 cr 332**

Dear Hon. Preska:

    I am the attorney of record for the Defendant Mr. Jose Alvarez.

    I am respectfully requesting a thirty day adjournment of the conference date which is currently scheduled for next week on Tuesday, October 21, 2025. This request is made so that the Defendant and I may complete our review of the discovery which has been provided.

    The Government has consented to this request.

    The Defendant consents to the exclusion of time until the adjourned conference date.

    Thank you in advance for your consideration.

Very truly yours,

Peter Toumbekis, Esq.

cc:   AUSA Joseph Rosenberg

```
The request is granted.  The conference is
adjourned to December 9, 2025 at 1:00 p.m.
and time is excluded until then under the
Speedy Trial Act. The Clerk of the Court
shall close dkt. no. 11.  SO ORDERED.
```

Loretta A. Preska
United States District Judge

October 20, 2025
New York, New York