*Peter Toumbekis*
*Attorney at Law*
*281 Beaver Dam Road*
*Brookhaven, NY 11719*

(917) 325-3574                                                              Fax: (929) 403-0220

November 12, 2025

United States Courthouse
Hon. Loretta A. Preska
500 Pearl Street
New York, NY 10007-1312

**RE:   U.S. v. Jose Alvarez (25-cr-332)**

Dear Hon. Preska:

I am the attorney of record for the Defendant Mr. Jose Alvarez.

On behalf of the Defendant, I am respectfully requesting permission for Mr. Alvarez to travel to New Castle, Delaware to spend Thanksgiving with his sister, Griselda Alvarez-Harris, and her family, at her home. His sister is one of the sureties who signed the bond.

Mr. Alvarez would drive to Delaware on Monday, November 24, 2025 and return home on Sunday, November 30, 2025. He would stay in his sister's home throughout his visit and the Defendant will be driving with his wife and children. This request by the Defendant is made with the foreknowledge of PreTrial Services and the U.S. Attorney's Office. Pre-Trial's consents to the Defendant's request to travel, and the U.S. Attorney's Office's informed me that they defer to Pre-Trial.

Thank you in advance for your consideration.

Very truly yours,

Peter Toumbekis, Esq.

cc:   AUSA Jaclyn Delligatti
      AUSA Joseph Rosenberg
      PreTrial Officer

Defendant's travel request is granted.
The Clerk of the Court shall close
dkt. no. 15.   **SO ORDERED.**

*Loretta A. Preska*

Loretta A. Preska
United States District Judge

November 13, 2025
New York, New York