*Peter Toumbekis*

*Attorney at Law*

*281 Beaver Dam Road*

*Brookhaven, NY 11719*

*(917) 325-3574*                                                           *Fax: (929) 403-0220*

December 5, 2025

United States Courthouse
Hon. Loretta A. Preska
500 Pearl Street
New York, NY 10007-1312

**RE:    U.S. v. Jose Alvarez**
**        25 cr 332**

Dear Hon. Preska:

I am the attorney of record for the Defendant Mr. Jose Alvarez.

I am respectfully requesting an adjournment, to the second or third week of January, for the conference date which is currently scheduled for next week on Tuesday, December 9, 2025. This request is made so that the Defendant and I may complete our review of the discovery which has been provided and continue our conversations with the Government.

The Government has consented to this request.

The Defendant consents to the exclusion of time for speedy trial until the adjourned conference date.

Thank you in advance for your consideration.

Very truly yours,

Peter Toumbekis, Esq.

cc:    AUSA Joseph Rosenberg
       AUSA Jaclyn Delligatti

The request is GRANTED.  The conference shall be
adjourned to January 13, 2026 at 10:00 AM.

**SO ORDERED.**

Loretta A. Preska
U.S. District Judge

Dated: December 5, 2025