

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 12, 2026

**BY ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> **Re:    *United States v. Jose Alvarez*, 25 Cr. 332 (LAP)**

Dear Judge Preska:

The Government writes to request, with the defendant's consent, that the Court adjourn the February 17, 2026 pretrial conference scheduled in the above-referenced matter for a period of approximately 45 days, until a date convenient for the Court. Should the Court grant the requested adjournment, the Government respectfully requests, again with defendant's consent, that the time between February 17, 2026, and the next scheduled conference be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The exclusion of time will allow the defendant to continue reviewing discovery and will enable the parties to continue engaging in discussions about potential pretrial resolutions.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Joseph H. Rosenberg
Jaclyn Delligatti
Assistant United States Attorneys
(212) 637-2326/-2559

The conference is adjourned to April 23, 2026 at 12:00 PM.  Time shall be excluded under the Speedy Trial Act accordingly.

**SO ORDERED.**

_____
Loretta A. Preska
United States District Judge

February 17, 2026