*Peter Toumbekis*

*Attorney at Law*

*281 Beaver Dam Road*

*Brookhaven, NY 11719*

(917) 325-3574                                                                                          Fax: (929) 403-0220

April 10, 2026

United States Courthouse
Hon. Loretta A. Preska
500 Pearl Street
New York, NY 10007-1312

**RE:    U.S. v. Jose Alvarez (25-cr-332)**

Dear Hon. Preska:

I am the attorney of record for the Defendant Mr. Jose Alvarez.

On behalf of the Defendant, I am respectfully requesting permission for Mr. Alvarez to travel to Florida with his children and his wife, who is one of the sureties on his bond, for a trip related to the child's participation in a baseball program.

Mr. Alvarez and his family would fly to Pompano Beach, Florida on Monday, May 4, 2026 (via JetBlue) and return home on Monday, May 11, 2026 (via JetBlue). While in Florida, Mr. Alvarez and his family would stay at the Club Wyndham hotel in Pompano Beach, FL for the entire during of their stay.

This request by the Defendant is made with the foreknowledge of PreTrial Services and the U.S. Attorney's Office. Pre-Trial has no objection to the Defendant's request to travel, and the U.S. Attorney's Office's informed me that they defer to Pre-Trial.

Thank you in advance for your consideration.

Respectfully submitted,

Peter Toumbekis, Esq.

cc:     AUSA Jaclyn Delligatti
        AUSA Joseph Rosenberg
        PreTrial Officer

**SO ORDERED.**

_____
Loretta A. Preska
United States District Judge

April 13, 2026