

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 25, 2026

**BY ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

 Re:  *United States v. Jose Alvarez*, **25 Cr. 332 (LAP)**

Dear Judge Preska:

 The Government writes to request, with the defendant's consent, that the Court *nunc pro tunc* adjourn the April 23, 2026 pretrial conference scheduled in the above-referenced matter for a period of approximately 60 days, until a date convenient for the Court.  Should the Court grant the requested adjournment, the Government respectfully requests, again with defendant's consent, that the time between April 23, 2026, and the next scheduled conference be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.  The exclusion of time will allow the defendant to continue reviewing discovery and will enable the parties to continue engaging in discussions about potential pretrial resolutions.

 Respectfully submitted,

 JAY CLAYTON
 United States Attorney

 by: _____
 Joseph H. Rosenberg
 Jaclyn Delligatti
 Assistant United States Attorneys
 (212) 637-2326/-2559

The conference is adjourned to June 29, 2026 at 10:00 AM.  Time shall be excluded under the Speedy Trial Act Accordingly.  **SO ORDERED.**

_____
Loretta A. Preska
United States District Judge

April 27, 2026