Peter Toumbekis
Attorney at Law
281 Beaver Dam Road
Brookhaven, NY 11719
(917) 325-3574 Fax: (929) 403-0220

June 30, 2026

United States Courthouse
Hon. Loretta A. Preska
500 Pearl Street
New York, NY 10007-1312

**RE: U.S. v. Jose Alvarez (25-cr-332)**

Dear Hon. Preska:

I am the attorney of record for the Defendant Mr. Jose Alvarez.

On behalf of the Defendant, I am respectfully requesting permission for Mr. Alvarez to travel to Las Vegas, Nevada to accompany his niece and children who are participating in the NBA Summer League.

Mr. Alvarez would fly, via United Airlines, to Las Vegas on Tuesday, July 7, 2026 and return home on Sunday, July 20 ,2026. He would stay with his wife and family at the Planet Hollywood Resort in Las Vegas. This request is made with the foreknowledge of PreTrial Services and the U.S. Attorney's Office. Pre-Trial consents to the Defendant's request to travel, and the U.S. Attorney's Office's informed me that they defer to Pre-Trial.

Thank you in advance for your consideration.

Very truly yours,

Peter Toumbekis, Esq.

cc: AUSA Jaclyn Delligatti
AUSA Joseph Rosenberg
PreTrial Officer

**SO ORDERED.**

Loretta A. Preska

Loretta A. Preska
United States District Judge

July 3, 2026